## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| State of Arizona, et al<br><br>      Plaintiffs,<br><br>   v.<br><br>Ashton Company, Inc., et al<br><br>      Defendants | **JUDGMENT IN A CIVIL CASE**<br><br>CV 10-634-TUC-CKJ |

\_\_\_  **Jury Verdict.** This action came before the Court for a Trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**  **Decision by Court.** This action case for consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order of February 22, 2012, the Motion to Approve Consent Judgment (Doc. 109) is GRANTED. Judgment is entered and the filed closed in this matter.


February 22, 2012                            BRIAN D. KARTH
Date                                         District Court Executive/Clerk

                                                 s/ K. Hughes
                                             By   K. Hughes
                                                 Deputy Clerk